1  Joseph R. Manning, Jr., Esq. (SBN 223381)
2  **MANNING LAW, APC**
   20062 SW Birch St., Suite 200 Newport Beach, CA 92660
3  Tel: (949) 200-8755 Fax: (866) 843-8308
4  DisabilityRights@manninglawoffice.com

5  Attorneys for Plaintiff:
6  JAMES RUTHERFORD

7  John J. Lewis, Esq. (SBN 216119)
8  **LAW OFFICES OF LEWIS & LEWIS, APC**
   14241 E. Firestone Blvd., Suite 400
9  La Mirada, CA 90638
10 *Email: john@lewislaw.info*
   Tel: (562) 293-4073
11 Fax: (562) 941-2459

12
   Attorneys for Defendant
13 LEE & EO INVESTORS, LLC

14
               **UNITED STATES DISTRICT COURT**
15
               **CENTRAL DISTRICT OF CALIFORNIA**
16

| | |
|---|---|
| JAMES RUTHERFORD, an individual, | Case No.: 8:20-cv-01615-JLS-DFM |
| Plaintiff, | Hon. Josephine L. Staton |
| v. | **JOINT NOTICE OF SETTLEMENT** |
| LEE & EO INVESTORS, LLC, a California limited liability company; and DOES 1-10, inclusive, | Complaint Filed:  August 28, 2020<br>Trial Date:  None Set |
| Defendants. | |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

JOINT NOTICE OF SETTLEMENT

1

Plaintiff, JAMES RUTHERFORD, and Defendant, LEE & EO INVESTORS, LLC (the "Parties") have reached a settlement in this matter and expect to file a joint stipulation for dismissal of the action pending completion of certain terms of the confidential settlement agreement.

Dated: December 16, 2020        **MANNING LAW, APC**

                                By:   */s/ Joseph R. Manning, Jr. Esq.*
                                      Joseph R. Manning, Jr., Esq.
                                      Attorneys for Plaintiff,
                                      James Rutherford

Dated: December 16, 2020        **LAW OFFICES OF LEWIS & LEWIS, APC**

                                By:   */s/ John J. Lewis*
                                      John J. Lewis
                                      Attorney for Defendant,
                                      Lee & EO Investors LLC

## CERTIFICATE OF SERVICE

I certify that on December 16, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

                                Respectfully submitted,

Dated: December 16, 2020        **MANNING LAW, APC**

                                By:   */s/ Joseph R. Manning, Jr. Esq.*
                                      Joseph R. Manning, Jr., Esq.
                                      Attorneys for Plaintiff
                                      James Rutherford