# JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Rutherford,<br><br>         Plaintiff(s),<br><br>         v.<br><br>Lee and Eo Investors, LLC et al,<br><br>         Defendant(s). | Case No. 8:20-cv-01615-JLS(DFMx)<br><br>ORDER STAYING ACTION PENDING FINAL SETTLEMENT, REMOVING CASE FROM ACTIVE CASELOAD, AND FILING OF DISMISSAL |

On December 16, 2020, Plaintiff filed a Notice of Settlement (Doc. 17), indicating that the case has fully settled. Based thereon, the Court hereby orders all proceedings in the case stayed and that this action is removed from the Court's active caseload. The case will not be reopened absent a written showing of good cause filed within thirty (30) days of this order.

The parties shall file a Stipulation of Dismissal no later than January 15, 2021 (the "Dismissal Date").  If no dismissal is filed, the Court deems the matter dismissed at that time.

Until the Dismissal Date, the Court retains full jurisdiction over this action.

IT IS SO ORDERED.

   DATED: December 16, 2020

                                         JOSEPHINE L. STATON
                                         _____
                                         HONORABLE JOSEPHINE L. STATON
                                         UNITED STATES DISTRICT JUDGE