1  Joseph R. Manning, Jr. (SBN 223381)
   DisabilityRights@manninglawoffice.com
2  **MANNING LAW, APC**
3  20062 SW Birch Street, Suite 200
   Newport Beach, CA 92660
4  Tel: 949.200.8755 / Fax: 866.843.8308

5  Attorneys for Plaintiff: JAMES RUTHERFORD

6

7  John J. Lewis, Esq. (SBN 216119)
   **LAW OFFICES OF LEWIS & LEWIS, APC**
8  14241 E. Firestone Blvd., Suite 400
9  La Mirada, CA 90638
   *Email: john@lewislaw.info*
10 Tel: (562) 293-4073
11 Fax: (562) 941-2459

12 Attorney for Defendant
13 LEE & EO INVESTORS, LLC

14                **UNITED STATES DISTRICT COURT**
15                **CENTRAL DISTRICT OF CALIFORNIA**
16

| JAMES RUTHERFORD, an individual, | Case No.: 8:20-cv-01615-JLS-DFM |
|---|---|
| Plaintiff, | Hon. Josephine L. Staton |
| v. | **JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE** |
| LEE & EO INVESTORS, LLC, a California limited liability company; and DOES 1-10, inclusive, | Complaint Filed: August 28, 2020<br>Trial Date: None |
| Defendants. | |

JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff JAMES RUTHERFORD ("Plaintiff") and LEE & EO INVESTORS, LLC ("Defendant"), stipulate and jointly request that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own attorneys' fees, expert fees, and costs.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: December 24, 2020

**MANNING LAW, APC**

By: /s/ *Joseph R. Manning, Jr.*
    Joseph R. Manning, Jr.
    Attorney for Plaintiff
    James Rutherford

DATED: December 24, 2020

**LAW OFFICES OF LEWIS & LEWIS, APC**

By: /s/ *John J. Lewis*
    John J. Lewis
    Attorneys for Defendant
    Lee & Eo Investors, LLC

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Joseph R. Manning, Jr., hereby do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: December 24, 2020        By: /s/ *Joseph R. Manning, Jr.*